Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−18360−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nancy Boushra
   aka Nagwa Boushra
   792 Sunset Terrace
   Franklin Lakes, NJ 07417

Social Security No.:
   xxx−xx−5232

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/22/19 at 10:00 AM

to consider and act upon the following:

**7** − Motion for Relief from Stay re: 792 Sunset Terrace, Franklin Lakes, NJ 07417. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of Wilmington Trust, National Assciation, as Successor Trustee to Citibank, N.A., as Trustee for Structured Asset Mortgage Investments II Trust 2007−AR2, Mortgage Pass−Through Certificates, Series 2007−A. Hearing scheduled for 7/16/2019 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit From Movant # 3 Proposed Order # 4 Loan Documents # 5 Certificate of Service) (Carlon, Denise)

Dated: 7/15/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court