Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 19−18360−SLM
    Chapter: 7
    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nancy Boushra
   aka Nagwa Boushra
   792 Sunset Terrace
   Franklin Lakes, NJ 07417

Social Security No.:
   xxx−xx−5232

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/22/19 at 10:00 AM

to consider and act upon the following:

*7* − Motion for Relief from Stay re: 792 Sunset Terrace, Franklin Lakes, NJ 07417. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of Wilmington Trust, National Assciation, as Successor Trustee to Citibank, N.A., as Trustee for Structured Asset Mortgage Investments II Trust 2007−AR2, Mortgage Pass−Through Certificates, Series 2007−A. Hearing scheduled for 7/16/2019 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit From Movant # 3 Proposed Order # 4 Loan Documents # 5 Certificate of Service) (Carlon, Denise)

Dated: 7/15/19

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Nancy Boushra  
    Debtor

Case No. 19-18360-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 15, 2019  
                           Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2019.  
db         +Nancy Boushra,   792 Sunset Terrace,   Franklin Lakes, NJ 07417-1803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2019 at the address(es) listed below:  
          Denise E. Carlon   on behalf of Creditor   Wilmington Trust, National Assciation, as Successor Trustee to Citibank, N.A., as Trustee for Structured Asset Mortgage Investments II Trust 2007-AR2, Mortgage Pass-Through Certificates, Series 2007-A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Donald Troy Bonomo   on behalf of Debtor Nancy  Boushra dbonomo123@gmail.com, tdr68458@notify.bestcase.com  
          John  Sywilok   sywilokattorney@sywilok.com, nj26@ecfcbis.com  
          Kevin Gordon McDonald   on behalf of Creditor   Wilmington Trust, National Assciation, as Successor Trustee to Citibank, N.A., as Trustee for Structured Asset Mortgage Investments II Trust 2007-AR2, Mortgage Pass-Through Certificates, Series 2007-A kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                        TOTAL: 5