**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Nancy Boushra<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5232<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–18360–SLM | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nancy Boushra
aka Nagwa Boushra

8/2/19                                    **By the court:**   Stacey L. Meisel
                                                              United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                           **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                   Case No. 19-18360-SLM
Nancy Boushra                                                            Chapter 7
        Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2        Date Rcvd: Aug 02, 2019
                               Form ID: 318                Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2019.
db             +Nancy Boushra,   792 Sunset Terrace,   Franklin Lakes, NJ 07417-1803
518204242      +AFS/AmeriFinancial Solutions, LLC.,   Po Box 65018,   Baltimore, MD 21264-5018
518204249      +Amex/Bankruptcy,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
518204254      +Bank of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
518204260      +Chase Mortgage,   Mail Code: OH4-7302,   Po Box 24696,   Columbus, OH 43224-0696
518204261      +Citi/Sears,   Citibank/Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
518204262      +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
                 St Louis, MO 63179-0034
518204267      +Ctech Coll,   Attn: Bankruptcy Department,   5505 Nesconset Hwy, Suite 200,
                 Mount Sinai, NY 11766-2026
518204277      +Dept Of Ed/582/nelnet,   Po Box 173904,   Denver, CO 80217-3904
518204278      +Deptartment Store National Bank/Macy's,   Attn: Bankruptcy,   9111 Duke Boulevard,
                 Mason, OH 45040-8999
518204280      +Remex Inc,   Attn: Bankruptcy,   307 Wall St.,   Princeton, NJ 08540-1515
518204281      +SLS,   8742 Lucent Blvd.,   Littleton, CO 80129-2302
518204283      +Summit Collection Serv,   50 N Franklin Tpke Ste 5,   Ho Ho Kus, NJ 07423-1562
518204289      +Us Dept Of Ed/glelsi,   Po Box 7860,   Madison, WI 53707-7860
518204290     ++VALLEY,   ATTN ATTN LEGAL DEPARTMENT,   1455 VALLEY ROAD,   WAYNE NJ 07470-8448
               (address filed with court:   Valley National Bank,   Attn: Legal Dept,   1455 Valley Rd,
                 Wayne, NJ 07470)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 02 2019 23:16:53      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 02 2019 23:16:50      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518204247      +EDI: GMACFS.COM Aug 03 2019 02:38:00      Ally Financial,   Attn: Bankruptcy Dept,
                 Po Box 380901,   Bloomington, MN 55438-0901
518204259       E-mail/Text: clientrep@capitalcollects.com Aug 02 2019 23:17:45      CCS,   Attn: Bankruptcy,
                 Po Box 150,   West Berlin, NJ 08091
518204256      +EDI: CAPITALONE.COM Aug 03 2019 02:38:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
518204265      +EDI: WFNNB.COM Aug 03 2019 02:38:00      Comenity Bank/Mandees,   Attn: Bankruptcy,
                 Po Box 182125,   Columbus, OH 43218-2125
518204266      +EDI: RMSC.COM Aug 03 2019 02:38:00      Comenity/MPRC,   Attn: Bankruptcy Dept,   Po Box 965060,
                 Orlando, FL 32896-5060
518204270      +E-mail/Text: electronicbkydocs@nelnet.net Aug 02 2019 23:16:55
                 Department of Education/Nelnet,   Attn: Claims,   Po Box 82505,   Lincoln, NE 68501-2505
518204274      +E-mail/Text: electronicbkydocs@nelnet.net Aug 02 2019 23:16:55      Dept Of Ed/582/nelnet,
                 Attn: Bankruptcy Department,   3015 Parker Blvd., Suite 400,   Aurora, CO 80014-2904
518204279      +E-mail/Text: cedwards@ncsplus.com Aug 02 2019 23:16:17      NCSPlus Incorporated,
                 117 East 24th Street,   5th Floor,   New York, NY 10010-2937
518204282      +E-mail/Text: clientservices@sourcerm.com Aug 02 2019 23:17:28      Source Receivables Mgmt, Llc,
                 Attn: Bankruptcy Dept,   4615 Dundas Dr., Suite 102,   Greensboro, NC 27407-1761
518204285      +EDI: RMSC.COM Aug 03 2019 02:38:00      Syncb/Lord & Taylor,   Attn: Bankruptcy,   Po Box 965060,
                 Orlando, FL 32896-5060
518204286      +EDI: RMSC.COM Aug 03 2019 02:38:00      Synchrony Bank/ JC Penneys,   Attn: Bankruptcy,
                 Po Box 956060,   Orlando, FL 32896-0001
518204287      +EDI: RMSC.COM Aug 03 2019 02:38:00      Synchrony Bank/Lowes,   Attn: Bankruptcy,
                 Po Box 965060,   Orlando, FL 32896-5060
518204288      +EDI: WTRRNBANK.COM Aug 03 2019 02:38:00      Target,   Attn: Bankruptcy,   Po Box 9475,
                 Minneapolis, MN 55440-9475
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518204243*     +AFS/AmeriFinancial Solutions, LLC.,   Po Box 65018,   Baltimore, MD 21264-5018
518204244*     +AFS/AmeriFinancial Solutions, LLC.,   Po Box 65018,   Baltimore, MD 21264-5018
518204245*     +AFS/AmeriFinancial Solutions, LLC.,   Po Box 65018,   Baltimore, MD 21264-5018
518204246*     +AFS/AmeriFinancial Solutions, LLC.,   Po Box 65018,   Baltimore, MD 21264-5018
518204248*     +Ally Financial,   Attn: Bankruptcy Dept,   Po Box 380901,   Bloomington, MN 55438-0901
518204250*     +Amex/Bankruptcy,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
518204251*     +Amex/Bankruptcy,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
518204252*     +Amex/Bankruptcy,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
518204253*     +Amex/Bankruptcy,   Correspondence,   Po Box 981540,   El Paso, TX 79998-1540
518204255*     +Bank Of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
518204257*     +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518204258*     +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
518204263*     +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
                 St Louis, MO 63179-0034
518204264*     +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
                 St Louis, MO 63179-0034
518204268*     +Ctech Coll,   Attn: Bankruptcy Department,   5505 Nesconset Hwy, Suite 200,
                 Mount Sinai, NY 11766-2026
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 02, 2019
                              Form ID: 318             Total Noticed: 30


            ***** BYPASSED RECIPIENTS (continued) *****
518204269*      +Ctech Coll,    Attn: Bankruptcy Department,    5505 Nesconset Hwy, Suite 200,
                  Mount Sinai, NY 11766-2026
518204271*      +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
518204272*      +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
518204273*      +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
518204275*      +Dept Of Ed/582/nelnet,    Attn: Bankruptcy Department,    3015 Parker Blvd., Suite 400,
                  Aurora, CO 80014-2904
518204276*      +Dept Of Ed/582/nelnet,    Attn: Bankruptcy Department,    3015 Parker Blvd., Suite 400,
                  Aurora, CO 80014-2904
518204284*      +Summit Collection Serv,    50 N Franklin Tpke Ste 5,    Ho Ho Kus, NJ 07423-1562
                                                                                    TOTALS: 0, * 22, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Assciation, as Successor
               Trustee to Citibank, N.A., as Trustee for Structured Asset Mortgage Investments II Trust
               2007-AR2, Mortgage Pass-Through Certificates, Series 2007-A dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donald Troy Bonomo    on behalf of Debtor Nancy  Boushra dbonomo123@gmail.com,
               tdr68458@notify.bestcase.com
              John  Sywilok     sywilokattorney@sywilok.com, nj26@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, National Assciation, as
               Successor Trustee to Citibank, N.A., as Trustee for Structured Asset Mortgage Investments II
               Trust 2007-AR2, Mortgage Pass-Through Certificates, Series 2007-A kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5