UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: NANCY BOSHURA

Case No.: 19-18360
Chapter: 7
Judge: Stacey L. Meisel

### NOTICE OF PROPOSED ABANDONMENT

____John W. Sywilok____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 50 Walnut Street, Newark, New Jersey 07102

If an objection is filed, a hearing will be held before the Honorable ____Stacey L. Meisel____ on ____9/24/2019____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3A__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Debtors' interest in real property located at 792 Sunset Terrace, Franklin Lakes, NJ 07417

Market Value is $550,000.00

Liens on property: Subject to mortgage held by Specialized Loan Servicing LLC on which there is due approximately $847,000.00.

Amount of equity claimed as exempt: No Equity

Objections must be served on, and requests for additional information directed to:

Name: John W. Sywilok, Chapter 7 Trustee    /s/ John W. Sywilok
Address: 51 Main Street, Hackensack, New Jersey 07601
Telephone No.: (201) 487-9390

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 19-18360-SLM
Nancy Boushra                                                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Aug 19, 2019
                              Form ID: pdf905              Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
```
db           +Nancy Boushra,    792 Sunset Terrace,    Franklin Lakes, NJ 07417-1803
518204242    +AFS/AmeriFinancial Solutions, LLC.,    Po Box 65018,    Baltimore, MD 21264-5018
518204249    +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
518204254    +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518204260    +Chase Mortgage,    Mail Code: OH4-7302,    Po Box 24696,    Columbus, OH 43224-0696
518204261    +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518204262    +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
               St Louis, MO 63179-0034
518204267    +Ctech Coll,    Attn: Bankruptcy Department,    5505 Nesconset Hwy, Suite 200,
               Mount Sinai, NY 11766-2026
518204277    +Dept Of Ed/582/nelnet,    Po Box 173904,    Denver, CO 80217-3904
518204278    +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
               Mason, OH 45040-8999
518204280    +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
518204281    +SLS,    8742 Lucent Blvd.,    Littleton, CO 80129-2302
518204283    +Summit Collection Serv,    50 N Franklin Tpke Ste 5,    Ho Ho Kus, NJ 07423-1562
518204288    +Target,    Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
518204289    +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860
518204290   ++VALLEY,    ATTN ATTN LEGAL DEPARTMENT,    1455 VALLEY ROAD,    WAYNE NJ 07470-8448
              (address filed with court: Valley National Bank,    Attn: Legal Dept,    1455 Valley Rd,
               Wayne, NJ 07470)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 20 2019 00:20:54     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 20 2019 00:20:49     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518204247    +E-mail/Text: ally@ebn.phinsolutions.com Aug 20 2019 00:19:16     Ally Financial,
               Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
518204259     E-mail/Text: clientrep@capitalcollects.com Aug 20 2019 00:22:00     CCS,   Attn: Bankruptcy,
               Po Box 150,    West Berlin, NJ 08091
518204256    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 20 2019 00:25:29     Capital One,
               Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518204265    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 20 2019 00:20:31     Comenity Bank/Mandees,
               Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518204266    +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2019 00:24:23     Comenity/MPRC,
               Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
518204270    +E-mail/Text: electronicbkydocs@nelnet.net Aug 20 2019 00:20:58
               Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
518204274    +E-mail/Text: electronicbkydocs@nelnet.net Aug 20 2019 00:20:58     Dept Of Ed/582/nelnet,
               Attn: Bankruptcy Department,    3015 Parker Blvd., Suite 400,    Aurora, CO 80014-2904
518204279    +E-mail/Text: cedwards@ncsplus.com Aug 20 2019 00:20:15     NCSPlus Incorporated,
               117 East 24th Street,    5th Floor,    New York, NY 10010-2937
518204282     E-mail/Text: clientservices@sourcerm.com Aug 20 2019 00:21:27     Source Receivables Mgmt, Llc,
               Attn: Bankruptcy Dept,    4615 Dundas Dr., Suite 102,    Greensboro, NC 27407-1761
518204285    +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2019 00:24:51     Syncb/Lord & Taylor,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518204286    +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2019 00:24:51     Synchrony Bank/ JC Penneys,
               Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
518204287    +E-mail/PDF: gecsedi@recoverycorp.com Aug 20 2019 00:24:25     Synchrony Bank/Lowes,
               Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                               TOTAL: 14
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518204243*    +AFS/AmeriFinancial Solutions, LLC.,    Po Box 65018,    Baltimore, MD 21264-5018
518204244*    +AFS/AmeriFinancial Solutions, LLC.,    Po Box 65018,    Baltimore, MD 21264-5018
518204245*    +AFS/AmeriFinancial Solutions, LLC.,    Po Box 65018,    Baltimore, MD 21264-5018
518204246*    +AFS/AmeriFinancial Solutions, LLC.,    Po Box 65018,    Baltimore, MD 21264-5018
518204248*    +Ally Financial,    Attn: Bankruptcy Dept,    Po Box 380901,    Bloomington, MN 55438-0901
518204250*    +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
518204251*    +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
518204252*    +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
518204253*    +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
518204255*    +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518204257*    +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518204258*    +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518204263*    +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                St Louis, MO 63179-0034
518204264*    +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                St Louis, MO 63179-0034
518204268*    +Ctech Coll,    Attn: Bankruptcy Department,    5505 Nesconset Hwy, Suite 200,
                Mount Sinai, NY 11766-2026
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 19, 2019
                              Form ID: pdf905          Total Noticed: 30


            ***** BYPASSED RECIPIENTS (continued) *****
518204269*    +Ctech Coll,    Attn: Bankruptcy Department,    5505 Nesconset Hwy, Suite 200,
               Mount Sinai, NY 11766-2026
518204271*    +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
518204272*    +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
518204273*    +Department of Education/Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
518204275*    +Dept Of Ed/582/nelnet,    Attn: Bankruptcy Department,    3015 Parker Blvd., Suite 400,
               Aurora, CO 80014-2904
518204276*    +Dept Of Ed/582/nelnet,    Attn: Bankruptcy Department,    3015 Parker Blvd., Suite 400,
               Aurora, CO 80014-2904
518204284*    +Summit Collection Serv,    50 N Franklin Tpke Ste 5,    Ho Ho Kus, NJ 07423-1562
                                                                              TOTALS: 0, * 22, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2019 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Assciation, as Successor
        Trustee to Citibank, N.A., as Trustee for Structured Asset Mortgage Investments II Trust
        2007-AR2, Mortgage Pass-Through Certificates, Series 2007-A dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Donald Troy Bonomo    on behalf of Debtor Nancy  Boushra dbonomo123@gmail.com,
        tdr68458@notify.bestcase.com
        John  Sywilok    sywilokattorney@sywilok.com, nj26@ecfcbis.com
        Kevin Gordon McDonald    on behalf of Creditor    Wilmington Trust, National Assciation, as
        Successor Trustee to Citibank, N.A., as Trustee for Structured Asset Mortgage Investments II
        Trust 2007-AR2, Mortgage Pass-Through Certificates, Series 2007-A kmcdonald@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        TOTAL: 5